```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

        **v.**          **Civil No. 08-6075**

**VIOLET L. LONG**                                              **DEFENDANT**

<u>**DEFAULT JUDGMENT**</u>

    Now on this 11th day of February, 2009, comes on for consideration plaintiff's **Motion For Default Judgment** (document #6), and the Court, being well and sufficiently advised, finds and orders as follows:

    1.  Plaintiff filed its Complaint for the sum of $7,074.49, plus interest and costs of $370.00, on August 5, 2008.  Attached as an Exhibit to the Complaint was a Certificate of Indebtedness stating that $7,074.49 was the amount plaintiff owed defendant as of May 16, 2008, and that interest was accruing at the rate of $0.62 per day.

    2.  On September 12, 2008, plaintiff filed an Affidavit showing that service upon defendant was perfected on September 2, 2008, by certified mail.

    3.  Defendant has not responded to the Complaint.

    4.  The Clerk of Court entered defendant's Default on November 20, 2008.

    5.  Based on the foregoing, the Court finds that plaintiff is entitled to default judgment in the sum of $7,612.51.

    **IT IS THEREFORE ORDERED** that plaintiff's **Motion For Default**

**Judgment** (document #6) is **granted**.

**IT IS FURTHER ORDERED** that plaintiff have and recover judgment from Violet L. Long in the sum of Seven Thousand Six Hundred Twelve and 51/100 Dollars ($7,612.51), with interest thereon at .54% per annum, for all of which execution may issue.

**IT IS SO ORDERED.**

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**